PJ Hanley's Corp., Appellant, v Kiwi Pub Corp., Respondent.

Submitted June 23, 2014; decided June 30, 2014

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

In the Matter of Volodymyr I. Tkachyshyn, Appellant. Commissioner of Labor, Respondent.

Submitted May 19, 2014; decided June 30, 2014

Motion for reconsideration of this Court's April 1, 2014 dismissal order denied [see 22 NY3d 1168 (2014)]. Motion for leave to appeal denied.

In the Matter of Volodymyr I. Tkachyshyn, Appellant. Commissioner of Labor, Respondent.

Submitted June 23, 2014; decided June 30, 2014

Motion for reconsideration of this Court's April 1, 2014 dismissal order denied [see 22 NY3d 1168 (2014)]. Motion for leave to appeal denied.

In the Matter of Tyrone D., Appellant, v State of New York et al., Respondents.

Submitted June 2, 2014; decided June 30, 2014

Motion to strike portions of the brief filed by respondents granted to the extent of deeming stricken appended pages A31-A32 and references thereto in the first two sentences of the paragraph appearing at pages 14-15 of the brief; motion to strike otherwise denied.